**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANCELL HAMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 08-442 |
| v. | ) | Chief Judge Lancaster |
| | ) | Magistrate Judge Bissoon |
| | ) | |
| EDWARD RENDELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Plaintiff is a state prisoner who has filed this prisoner civil rights suit against numerous named Defendants. Plaintiff has also filed an Amended Complaint (Doc. 23). Defendants have filed a Motion to Dismiss (Doc. 70) and Plaintiff has filed a Motion for Summary Judgment (Doc. 79). Plaintiff now seeks to again amend his Complaint, this time to add claims that he has been improperly denied Social Security benefits (Doc. 90). The proposed new claims bear no relationship to the claims set forth in the Amended Complaint. If Plaintiff wishes to litigate the denial of his application for Social Security benefits, he must file a new action.

AND NOW, this 22nd day of September, 2009,

IT IS HEREBY ORDERED that the Motion to Amend/Correct Complaint (Doc. 90) is DENIED.

Gary L. Lancaster
Chief U.S. District Judge

1

cc:
Ancell Hamm
AK-2165
SCI Fayette
Box 9999
LaBelle, PA 15450-0999